PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GARY FISHER, *etc.*, | ) | |
| | ) | CASE NO. 4:24CV2174 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MEDLINE INDUSTRIES, LP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

Having filed its Order (ECF No. 29) and Defendant Medline Indusrties, LP having filed under seal Exhibit A (the unredacted version of the Affidavit of Alex Liberman Regarding Corporate Disclosures) (ECF No. 30) and Exhibit B (ECF No. 30-1), the Court hereby dismisses this action without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED.

December 31, 2024
Date

/s/ *Benita Y. Pearson*
Benita Y. Pearson
United States District Judge